contention of defendant that he was denied effective assistance of counsel survives the plea (*see People v Santos*, 37 AD3d 1141 [2007], *lv denied* 8 NY3d 950 [2007]), it concerns matters outside the record and thus must be raised by way of a motion pursuant to CPL article 440 (*see People v Leno*, 21 AD3d 1399 [2005], *lv denied* 5 NY3d 883 [2005]; *People v Michalski*, 15 AD3d 918, 919 [2005], *lv denied* 5 NY3d 854 [2005], 6 NY3d 756 [2005], *cert denied* 547 US 1077 [2006], *reh denied* 547 US 1176 [2006]). Present—Hurlbutt, J.P., Centra, Fahey and Peradotto, JJ.

In the Matter of LAURIE M. COPELLO, Respondent, v WILLIE F. LOCKETT, Appellant. [869 NYS2d 847] Present—Hurlbutt, J.P., Centra, Fahey and Peradotto, JJ.

In the Matter of SARAH A. BAILEY, Appellant, v TIMOTHY R. BAILEY, Respondent. [869 NYS2d 807] Present—Hurlbutt, J.P., Centra, Fahey and Peradotto, JJ.

In the Matter of COUNTRY SIDE SAND & GRAVEL INC., Appellant, v TOWN OF POMFRET ZONING BOARD OF APPEALS et al., Respondents. [870 NYS2d 654]—